UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN DONAHUE, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-CV-1071 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | (Magistrate Judge Carlson) |
| ED OLEXA, | : | |
| Defendant | : | |

FILED
SCRANTON
MAY 1 3 2013
PER _____
DEPUTY CLERK

### ORDER

**NOW**, THIS 13th DAY OF MAY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 3), is **ADOPTED in part**.

2. Pursuant to the 30-Day Administrative Order dated April 25, 2013, Plaintiff **SHALL** either: "(1) tender[] to the 'Clerk, U.S. District Court' a statutory filing fee in the amount of $350.00; or (2) file[] a properly completed and signed application to proceed in forma pauperis and an authorization form" **no later than May 28, 2013**. See (Doc. 4).

    A. If Plaintiff fails to timely comply with the Administrative Order, (Doc. 4), his complaint will be dismissed.

3. If Plaintiff complies with the Administrative Order, (Doc. 4), he is **DIRECTED** to file an amended complaint[1] **on or before June 3, 2013**.

    A. If Plaintiff fails to timely file an amended complaint, his complaint will be dismissed.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**

---

[1] The "amended complaint must be complete in all respects." Young v. Keohane, 809 F. Supp. 1185, 1198 (M.D. Pa. 1992) (Conaboy, J.). It must be a new pleading which stands by itself without reference to the original complaint. Id. The amended complaint "may not contain conclusory allegations[; r]ather, it must establish the existence of specific actions by the defendants which have resulted in constitutional deprivations." Id. (citing Rizzo v. Goode, 423 U.S. 362 (1976)). "The amended complaint must also be 'simple, concise, and direct' as required by the Federal Rules of Civil Procedure." Id. (citing FED. R. CIV. P. 8(e)(1)).