UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN DONAHUE, :
    Plaintiff : CIVIL ACTION NO. 3:13-CV-1071
:
v. : (Judge Nealon)
: (Magistrate Judge Carlson)
ED OLEXA, :
    Defendant :

FILED
SCRANTON
JUN 2 4 2013
PER _____
DEPUTY CLERK

**ORDER**

NOW, THIS 24th DAY OF JUNE, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The amended complaint, (Doc. 11), is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(g);

2. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 9), is **GRANTED**;

3. Plaintiff's motions to appoint counsel, (Docs. 8, 13), are **DENIED as moot**;

4. The Clerk of Court is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

**United States District Judge**